# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, EX REL., ANCELL EUGENE HAMM, | : | No. 5 MM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Habeas Corpus ad Subjiciendum" is DENIED.